LINDA M. CATALDO *v.* HENRY C. CATALDO, JR.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 31330) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Susan King Shaw,* in support of the petition.

*Wendy A. Grispin,* in opposition.

Decided January 5, 2010

RADCLIFFE RAYNOR *v.* COMMISSIONER OF CORRECTION

The petitioner Radcliffe Raynor's petition for certification for appeal from the Appellate Court, 117 Conn. App. 788 (AC 29544), is denied.

*Sarah F. Summons,* special public defender, in support of the petition.

*Robert J. Scheinblum,* senior assistant state's attorney, in opposition.

Decided January 14, 2010